# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

# NOTICE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
December 13, 2005 at 4:30P.M.

SUE BEITIA, CLERK

**CASE NUMBER:** CIVIL 02-00378JMS-LEK

**CASE NAME:** Nathan Nagata vs. Quest Diagnostics Inc., et al.,

TAKE NOTICE that a proceeding in this case has been set for:

**TYPE OF PROCEEDING:** Final Pretrial Conference and Jury Selection and Jury Trial

**Final Pretrial Conference:** Thursday, February 2, 2006 at 9:00 a.m. before the Honorable J. Michael Seabright.

**Jury Selection/Jury Trial to Follow:** Tuesday, February 7, 2006 at 9:00 a.m. before the Honorable J. Michael Seabright

**<u>NOTE: ALL DISCOVERY DEADLINES ARE CLOSED</u>**

**PLACE:** Courtroom 'AHA KAULIKE
United States Courthouse Building
300 Ala Moana Blvd
Honolulu, HI 96850

**DATED:** December 13, 2005

Sue Beitia, Clerk,

By Dottie Miwa, Courtroom Manager

cc: Wayne Sakai, Esq.
Mary Lucasse, Esq.
Ward Fujimoto, Esq.
Judge Seabright's Chambers
Judge Kobayashi's Chambers