Of Counsel:
MATSUI CHUNG SUMIDA & TSUCHIYAMA
A Law Corporation

WARD F.N. FUJIMOTO    4517-0
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 1400
Honolulu, Hawai`i  96813
Telephone No. (808)536-3711
E-mail: info@triallawHawaii.com

JEFFREY M. THOMAS    (Pro Hac Vice)
Gordon Murray Tilden LLP
1001 Fourth Avenue, Suite 4000
Seattle, Washington  98154
Telephone No. (206) 467-6477
E-mail: jthomas@gmtlaw.com

Attorneys for Defendant
QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC.
formerly known as SmithKline Beecham Clinical
Laboratories, Inc. (erroneously sued as "QUEST
DIAGNOSTICS INCORPORATED")

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 13 2006

at 11 o'clock and 52 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NATHAN NAGATA,<br><br>   Plaintiff,<br><br>   vs.<br><br>QUEST DIAGNOSTICS INCORPORATED, a California corporation, JOHN DOES 1-20 and DOE CORPORATIONS 1-20,<br><br>   Defendants. | CIVIL NO. CV02-00378 JMS-LEK<br>(Non-Motor Vehicle Tort)<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES<br><br>Trial Date:  February 7, 2006<br><br>Judge: The Honorable<br>        J. Michael Seabright |

ORIGINAL

STIPULATION AND ORDER FOR DISMISSAL WITH
PREJUDICE OF ALL CLAIMS AND ALL PARTIES

It is hereby STIPULATED and AGREED, by and between Plaintiff NATHAN NAGATA, and Defendant QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., formerly known as SmithKline Beecham Clinical Laboratories, Inc. (erroneously sued as "QUEST DIAGNOSTICS INCORPORATED"), through their undersigned counsel, that any and all claims and all parties herein be, and hereby are, DISMISSED WITH PREJUDICE pursuant to Rules 41(a)(1)(ii) and 41(c) of the Federal Rules of Civil Procedure, with each party to bear their own attorneys' fees and costs.

DATED:   HONOLULU, HAWAII,   JAN 1 3 2006

_____
WAYNE M. SAKAI
MARY L. LUCASSE
Attorneys for Plaintiff
NATHAN NAGATA

DATED:   HONOLULU, HAWAII,   JAN 1 3 2006

_____
JEFFREY M. THOMAS
WARD F.N. FUJIMOTO
Attorneys for Defendant
QUEST DIAGNOSTICS CLINICAL
LABORATORIES, INC. formerly
known as SmithKline Beecham
Clinical Laboratories, Inc.
erroneously sued as "QUEST
DIAGNOSTICS INCORPORATED")

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

_____
Nathan Nagata v. Quest Diagnostics Inc.; Civil No. CV02-00378
JMS-LEK; STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF
ALL CLAIMS AND ALL PARTIES

- 3 -